## MARITA MARONE *v.* FRANKLIN S. MARONE

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 903 (AC 26887), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Franklin S. Marone*, pro se, in support of the petition.

Decided January 25, 2007

## JEFFREY GIBSON *v.* COMMISSIONER OF CORRECTION

The petitioner Jeffrey Gibson's petition for certification for appeal from the Appellate Court, 98 Conn. App. 311 (AC 25365), is denied.

*Neal Cone*, senior assistant public defender, in support of the petition.

*James A. Killen*, senior assistant state's attorney, in opposition.

Decided January 25, 2007

## STATE OF CONNECTICUT *v.* ANTHONY D. HALL

The defendant's petition for certification for appeal from the Appellate Court, 98 Conn. App. 673 (AC 25916), is denied.

*Richard E. Condon, Jr.*, assistant public defender, in support of the petition.

*Melissa Streeto Brechlin*, assistant state's attorney, in opposition.

Decided January 25, 2007